MATTHEW W. CLOSE (S.B. #188570)
BRITTANY ROGERS (S.B. #274432)
O'MELVENY & MYERS LLP
400 South Hope Street, 18th Floor
Los Angeles, California  90071-2899
Telephone:  +1 213 430 6000
Facsimile:   +1 213 430 6407

LEAH GODESKY (*pro hac vice*)
O'MELVENY & MYERS LLP
Times Square Tower
7 Times Square
New York, New York  10036-6537
Telephone:  +1 212 326 2000
Facsimile:   +1 212 326 2061

*Attorneys for Defendants Merrill Lynch, Pierce, Fenner & Smith Incorporated; SVB Leerink LLC; Barclays Capital Inc.; and Evercore Group L.L.C.*

# UNITED STATES DISTRICT COURT

## SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SCOTT KUHNE, Individually and on Behalf of All Others Similarly Situated,<br><br>Plaintiff,<br><br>v.<br><br>GOSSAMER BIO, INC., SHEILA GUJRATHI, M.D., BRYAN GIRAUDO, FEHEEM HASNAIN, JOSHUA H. BILENKER, M.D., KRISTINA BUROW, RUSSELL COX, THOMAS DANIEL, M.D., RENEE GALA, OTELLO STAMPACCHIA, PH.D., MERRILL LYNCH, PIERCE, FENNER & SMITH INCORPORATED, SVB LEERINK LLC, BARCLAYS CAPITAL INC., AND EVERCORE GROUP L.L.C.,<br><br>Defendants. | Case No. 3:20-cv-00649-DMS-MDD<br><br><br>**UNDERWRITER DEFENDANTS' JOINDER IN THE GOSSAMER DEFENDANTS' MOTION TO DISMISS SECOND AMENDED COMPLAINT**<br><br>Judge:  Hon. Dana M. Sabraw<br><br>Courtroom: 13A |

Defendants Merrill Lynch, Pierce, Fenner & Smith Incorporated, SVB Leerink LLC, Barclays Capital Inc., and Evercore Group L.L.C (the "Underwriter Defendants") move to dismiss with prejudice Count I of the Second Amended Complaint for alleged violations of Section 11 of the Securities Act of 1933—the only count alleged against the Underwriter Defendants.  Plaintiff's claim against the Underwriter Defendants fails because Plaintiff does not allege any material misrepresentations or omissions in Gossamer Bio Inc.'s offering documents.  *See In re Daou Sys., Inc.*, 411 F.3d 1006, 1027 (9th Cir. 2005); *see also Police Ret. Sys. of St. Louis v. Intuitive Surgical, Inc.*, 759 F.3d 1051, 1055 (9th Cir. 2014). Plaintiff also fails to plead facts sufficient to show losses and avoid negative causation.  *See In re New Century*, 588 F. Supp. 2d 1206, 1238 (C.D. Cal. 2008).

In support of their Motion to Dismiss, the Underwriter Defendants join in, adopt, and incorporate herein each and every one of the Count I dismissal arguments asserted in the Memorandum of Points and Authorities supporting the Motion to Dismiss by Defendants Gossamer Bio, Inc., Sheila Gujrathi, M.D., Bryan Giraudo, Faheem Hasnain, Joshua H. Bilenker, M.D., Kristina Burow, Russell Cox, Thomas Daniel, M.D., Renee Gala, and Otello Stampacchia, Ph.D. (the "Gossamer Defendants"), because they are equally applicable to the Underwriter Defendants.

JOINDER IN MOTION TO DISMISS
3:20-CV-00649-DMS-MDD

Dated:  January 19, 2021

MATTHEW W. CLOSE
LEAH GODESKY
BRITTANY ROGERS
O'MELVENY & MYERS LLP

By:    /s/ Matthew W. Close
       Matthew W. Close
       mclose@omm.com

*Attorneys for Defendants Merrill Lynch, Pierce, Fenner & Smith Incorporated; SVB Leerink LLC; Barclays Capital Inc.; and Evercore Group L.L.C.*

JOINDER IN MOTION TO DISMISS
3:20-CV-00649-DMS-MDD