LATHAM & WATKINS LLP
Colleen C. Smith (SBN 231216)
 colleen.smith@lw.com
Melanie J. Grindle (SBN 311047)
 melanie.grindle@lw.com
12670 High Bluff Drive
San Diego, CA 92130
858.523.5400 / 858.523.5450 (fax)

Michele D. Johnson (SBN 198298)
 michele.johnson@lw.com
650 Town Center Drive, 20th Floor
Costa Mesa, CA  92626
714.540.1235 / 714.755.8290 (fax)

Susan E. Engel (*pro hac vice*)
 susan.engel@lw.com
555 Eleventh Street NW, Suite 1000
Washington, DC 20004
202.637.2200 / 202.637.2201 (fax)

*Attorneys for Gossamer Bio, Inc., Sheila Gujrathi, M.D.,
Bryan Giraudo, Faheem Hasnain, Joshua H. Bilenker,
M.D., Kristina Burow, Russell Cox, Thomas Daniel,
M.D., Renee Gala, and Otello Stampacchia, Ph.D.*

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SCOTT KUHNE, Individually and on Behalf of All Others Similarly Situated, <br><br> Plaintiff, <br><br> v. <br><br> GOSSAMER BIO, INC.; SHEILA GUJRATHI, M.D.; BRYAN GIRAUDO; FAHEEM HASNAIN; JOSHUA H. BILENKER, M.D.; KRISTINA BUROW; RUSSELL COX; THOMAS DANIEL, M.D.; RENEE GALA; OTELLO STAMPACCHIA, Ph.D.; MERRILL LYNCH, PIERCE, FENNER & SMITH INCORPORATED; SVB LEERINK LLC; BARCLAYS CAPITAL INC.; AND EVERCORE GROUP L.L.C., <br><br> Defendants. | CASE NO. 3:20-cv-00649-DMS-DEB <br><br> **DECLARATION OF COLLEEN C. SMITH IN SUPPORT OF GOSSAMER DEFENDANTS' REPLY IN SUPPORT OF MOTION TO DISMISS SECOND AMENDED COMPLAINT** <br><br> Date:  April 2, 2021 <br> Time:  1:30 p.m. <br> Judge:  Hon. Dana M. Sabraw <br> Dept.:  13A |

I, Colleen C. Smith, hereby declare and state as follows:

1.      I am a partner in the law firm of Latham & Watkins LLP, counsel of record for Defendants Gossamer Bio, Inc., Sheila Gujrathi, M.D., Bryan Giraudo, Faheem Hasnain, Joshua H. Bilenker, M.D., Kristina Burow, Russell Cox, Thomas Daniel, M.D., Renee Gala, and Otello Stampacchia, Ph.D. ("Gossamer Defendants"), in the above-captioned action.  I am admitted to practice law in the State of California and am a member in good standing of the bar of the United States District Court for the Southern District of California.  I submit this declaration in support of the Gossamer Defendants' Motion to Dismiss Second Amended Complaint, filed concurrently.

2.      Attached as **Exhibit 9** is a true and correct copy of a Yahoo Finance Historical Stock Price Chart for Gossamer Bio, Inc., for the period dated November 11, 2019 through November 14, 2019.

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct and that this declaration was executed on March 22, 2021, in San Diego, California.

_/s/Colleen C. Smith_____
Colleen C. Smith