# EXHIBIT 9

Finance Home    Watchlists    My Portfolio    Screeners    Yahoo Finance Plus    Markets    News    ···    y!finance+    Try it free

# Gossamer Bio, Inc. (GOSS)

NasdaqGS - NasdaqGS Real Time Price. Currency in USD

☆ Add to watchlist    ⚎ Visitors trend  2W ↑  10W ↑  9M ↑

Quote Lookup

Summary    Company Outlook ✚    Chart    Conversations    Statistics    **Historical Data**    Profile    Financials    Analysis    Options    Holders    Sustainability

Time Period: Nov 09, 2019 - Nov 14, 2019 ˅        Show: Historical Prices ˅        Frequency: Daily ˅

Apply

Currency in USD                                                                    ⭳ Download

| Date | Open | High | Low | Close* | Adj Close** | Volume |
|---|---|---|---|---|---|---|
| Nov 14, 2019 | 21.83 | 22.60 | 21.40 | 21.85 | 21.85 | 442,700 |
| Nov 13, 2019 | 21.97 | 22.75 | 20.43 | 21.83 | 21.83 | 633,800 |
| Nov 12, 2019 | 22.86 | 23.35 | 22.43 | 22.43 | 22.43 | 404,600 |
| Nov 11, 2019 | 23.06 | 23.35 | 22.71 | 22.81 | 22.81 | 253,800 |

*Close price adjusted for splits.    **Adjusted close price adjusted for both dividends and splits.


yahoo/finance PREMIUM
Trade like it's not your first rodeo
Try it free*

**People Also Watch**

| Symbol | Last Price | Change | % Change |
|---|---|---|---|
| **ALEC** Alector, Inc. | 22.63 | +1.61 | +7.66% |
| **HARP** Harpoon Therapeutics, Inc. | 19.34 | +0.27 | +1.42% |
| **KLDO** Kaleido Biosciences, Inc. | 11.49 | +0.59 | +5.41% |
| **FIXX** Homology Medicines, Inc. | 10.63 | -0.07 | -0.65% |
| **BCEL** Atreca, Inc. | 17.22 | +1.23 | +7.69% |

Advertise with us

Finance Home    Watchlists    My Portfolio    Screeners                Yahoo Finance Plus    Markets    News    ···    y! finance⁺    Try it free

Data Disclaimer  Help  Suggestions

Do Not Sell My Personal Information

Privacy (Updated)  About Our Ads  Terms
(Updated)  Sitemap

© 2021 Verizon Media. All rights reserved.

Finance Home    Watchlists    My Portfolio    Screeners                Yahoo Finance Plus    Markets    News    ···    y! finance⁺    Try it free

Ex. 9
3