MATTHEW W. CLOSE (S.B. #188570)
BRITTANY ROGERS (S.B. #274432)
O'MELVENY & MYERS LLP
400 South Hope Street, 18th Floor
Los Angeles, California  90071-2899
Telephone:   +1 213 430 6000
Facsimile:   +1 213 430 6407

LEAH GODESKY (*pro hac vice*)
O'MELVENY & MYERS LLP
Times Square Tower
7 Times Square
New York, New York  10036-6537
Telephone:   +1 212 326 2000
Facsimile:   +1 212 326 2061

*Attorneys for Defendants Merrill Lynch,*
*Pierce, Fenner & Smith Incorporated; SVB*
*Leerink LLC; Barclays Capital Inc.; and*
*Evercore Group L.L.C.*

# UNITED STATES DISTRICT COURT

## SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SCOTT KUHNE, Individually and on Behalf of All Others Similarly Situated, <br><br> Plaintiff, <br><br> v. <br><br> GOSSAMER BIO, INC., SHEILA GUJRATHI, M.D., BRYAN GIRAUDO, FEHEEM HASNAIN, JOSHUA H. BILENKER, M.D., KRISTINA BUROW, RUSSELL COX, THOMAS DANIEL, M.D., RENEE GALA, OTELLO STAMPACCHIA, PH.D., MERRILL LYNCH, PIERCE, FENNER & SMITH INCORPORATED, SVB LEERINK LLC, BARCLAYS CAPITAL INC., AND EVERCORE GROUP L.L.C., <br><br> Defendants. | Case No. 3:20-cv-00649-DMS-DEB <br><br><br> **UNDERWRITER DEFENDANTS' JOINDER IN THE GOSSAMER DEFENDANTS' REPLY IN SUPPORT OF MOTION TO DISMISS SECOND AMENDED COMPLAINT** <br><br> Judge:  Hon. Dana M. Sabraw <br><br> Courtroom: 13A |

In support of their Motion to Dismiss, Defendants Merrill Lynch, Pierce, Fenner & Smith Incorporated; SVB Leerink LLC; Barclays Capital Inc.; and Evercore Group L.L.C. (the "Underwriter Defendants") join in, adopt, and incorporate herein each and every one of the arguments asserted in the Reply in Support of Motion to Dismiss by Defendants Gossamer Bio, Inc., Sheila Gujrathi, M.D., Bryan Giraudo, Faheem Hasnain, Joshua H. Bilenker, M.D., Kristina Burow, Russell Cox, Thomas Daniel, M.D., Renee Gala, and Otello Stampacchia, Ph.D. (the "Reply").  These arguments are equally applicable to the Underwriter Defendants.

Plaintiff cannot plead falsity by mischaracterizing Gossamer's statements regarding Novartis's and Gossamer's clinical trials.  *See* Reply 2-9.  And because negative causation is established on the face of Plaintiff's complaint, the Underwriter Defendants have an affirmative defense to avoid liability.  *See Brown v. Ambow Educ. Holding Ltd.*, 2014 WL 523166, at *14 (C.D. Cal. Feb. 6, 2014) (granting motion to dismiss Section 11 claims based on negative causation).

Dated:  March 22, 2021          MATTHEW W. CLOSE
                                LEAH GODESKY
                                BRITTANY ROGERS
                                O'MELVENY & MYERS LLP


                                By:   */s/ Matthew W. Close*
                                      Matthew W. Close
                                      mclose@omm.com

                                *Attorneys for Defendants Merrill Lynch, Pierce, Fenner & Smith Incorporated; SVB Leerink LLC; Barclays Capital Inc.; and Evercore Group L.L.C.*

- 2 -          JOINDER IN REPLY ISO MOTION TO DISMISS