1
2
3
4
5
6
7

## UNITED STATES DISTRICT COURT

## SOUTHERN DISTRICT OF CALIFORNIA

| SCOTT KUHNE, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>GOSSAMER BIO, INC., et al.,<br><br>Defendants. | Case No.: 20-cv-649-DMS-DEB<br><br>**ORDER RE: ORAL ARGUMENT** |
|---|---|

Defendants' motion to dismiss is currently scheduled for hearing on April 2, 2021. The Court finds this matter suitable for decision without oral argument pursuant to Civil Local Rule 7.1(d)(1). Accordingly, the April 2, 2021 hearing is vacated.

**IT IS SO ORDERED.**

Dated: March 25, 2021

_____
Hon. Dana M. Sabraw, Chief Judge
United States District Court