UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SCOTT KUHNE, Individually and on Behalf of All Others Similarly Situated,<br><br>Plaintiff,<br><br>v.<br><br>GOSSAMER BIO, INC.; SHEILA GUJRATHI, M.D.; BRYAN GIRAUDO; FEHEEM HASNAIN; JOSHUA H. BILENKER, M.D.; KRISTINA BUROW; RUSSELL COX; THOMAS DANIEL, M.D.; RENEE GALA; OTELLO STAMPACCHIA, Ph.D.; MERRILL LYNCH, PIERCE, FENNER & SMITH INCORPORATED; SVB LEERINK LLC; BARCLAYS CAPITAL INC.; AND EVERCORE GROUP L.L.C.,<br><br>Defendants. | CASE NO. 3:20-cv-00649-DMS-DEB<br><br>**ORDER GRANTING JOINT MOTION FOR ORDER REGARDING DEADLINE FOR DEFENDANTS' ANSWER TO THE SECOND AMENDED COMPLAINT** |

The Court, having reviewed the Joint Motion for Order Regarding Deadline for Defendants' Answer to the Second Amended Complaint, and finding good cause to do so, hereby **ORDERS** as follows:

Defendants' deadline to answer the Second Amended Complaint shall be extended to May 17, 2021.

**IT IS SO ORDERED.**

Dated:  April 30, 2021

Hon. Dana M. Sabraw, Chief Judge
United States District Court