1
2
3
4
5
6
7

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| SCOTT KUHNE, Individually and on Behalf of All Others Similarly Situated,<br><br>Plaintiff,<br><br>v.<br><br>GOSSAMER BIO, INC.; SHEILA GUJRATHI, M.D.; BRYAN GIRAUDO; FEHEEM HASNAIN; JOSHUA H. BILENKER, M.D.; KRISTINA BUROW; RUSSELL COX; THOMAS DANIEL, M.D.; RENEE GALA; OTELLO STAMPACCHIA, Ph.D.; MERRILL LYNCH, PIERCE, FENNER & SMITH INCORPORATED; SVB LEERINK LLC; BARCLAYS CAPITAL INC.; AND EVERCORE GROUP L.L.C.,<br><br>Defendants. | CASE NO. 3:20-cv-00649-DMS-DEB<br><br>**ORDER GRANTING JOINT MOTION FOR ORDER REGARDING DEADLINE FOR DEFENDANTS TO MOVE TO STRIKE ALLEGATIONS IN THE SECOND AMENDED COMPLAINT** |
|---|---|

1  The Court, having reviewed the Joint Motion for Order Regarding Deadline
2  for Defendants to Move to Strike Allegations in the Second Amended Complaint,
3  and finding good cause to do so, hereby **ORDERS** as follows:
4  Defendants may move to strike allegations in the Second Amended Complaint
5  on or before June 1, 2021, notwithstanding the earlier filing of Defendants' answers.
6  **IT IS SO ORDERED.**

Dated:  May 18, 2021

Hon. Dana M. Sabraw, Chief Judge
United States District Court