LATHAM & WATKINS LLP
Colleen C. Smith (SBN 231216)
 *colleen.smith@lw.com*
Melanie J. Grindle (SBN 311047)
 *melanie.grindle@lw.com*
12670 High Bluff Drive
San Diego, CA 92130
858.523.5400 / 858.523.5450 (fax)

Michele D. Johnson (SBN 198298)
 *michele.johnson@lw.com*
650 Town Center Drive, 20th Floor
Costa Mesa, CA  92626
714.540.1235 / 714.755.8290 (fax)

*Attorneys for Gossamer Bio, Inc., Sheila Gujrathi, M.D., Bryan Giraudo, Faheem Hasnain, Joshua H. Bilenker, M.D., Kristina Burow, Russell Cox, Thomas Daniel, M.D., Renee Gala, and Otello Stampacchia, Ph.D.*

[*Additional counsel on signature page*]

## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SCOTT KUHNE, Individually and on Behalf of All Others Similarly Situated,<br><br>Plaintiff,<br><br>v.<br><br>GOSSAMER BIO, INC., SHEILA GUJRATHI, M.D., BRYAN GIRAUDO, FEHEEM HASNAIN, JOSHUA H. BILENKER, M.D., KRISTINA BUROW, RUSSELL COX, THOMAS DANIEL, M.D., RENEE GALA, OTELLO STAMPACCHIA, Ph.D., MERRILL LYNCH, PIERCE, FENNER & SMITH INCORPORATED, SVB LEERINK LLC, BARCLAYS CAPITAL INC., AND EVERCORE GROUP L.L.C.,<br><br>Defendants. | CASE NO. 3:20-cv-00649-DMS-DEB<br><br>Assigned to:  Hon. Dana M. Sabraw<br><br>**JOINT MOTION FOR ORDER TO STRIKE CERTAIN ALLEGATIONS IN THE SECOND AMENDED COMPLAINT**<br><br>Action Filed:  April 3, 2020<br>Trial Date:  N/A |

LATHAM&WATKINS LLP US-DOCS\124231547
ATTORNEYS AT LAW
SAN DIEGO

CASE NO. 3:20-CV-00649-DMS-DEB
JOINT MOTION FOR ORDER TO STRIKE CERTAIN
ALLEGATIONS IN THE SECOND AM. COMPL.

Plaintiff Scott Kuhne, individually and on behalf of all others similarly situated, by and through his respective counsel ("Plaintiff"), and Defendants Gossamer Bio, Inc., Sheila Gujrathi, M.D., Bryan Giraudo, Faheem Hasnain, Joshua H. Bilenker, M.D., Kristina Burow, Russell Cox, Thomas Daniel, M.D., Renee Gala, Otello Stampacchia, Ph.D., Merrill Lynch, Pierce, Fenner & Smith Incorporated, SVB Leerink LLC, Barclays Capital Inc., and Evercore Group L.L.C. ("Defendants") (collectively, the "Parties"), respectfully submit this joint motion for an order to strike certain allegations in the Second Amended Complaint (ECF No. 31).  In support of this motion, the Parties state as follows:

WHEREAS, on November 20, 2020, Plaintiff filed a Second Amended Complaint for Violations of the Federal Securities Laws (ECF No. 30);

WHEREAS, Defendants thereafter moved to dismiss the Second Amended Complaint (ECF No. 31);

WHEREAS, on April 19, 2021, the Court granted in part and denied in part Defendants' motion to dismiss (ECF No. 39, the "April 19 Order");

WHEREAS, the Court granted the Parties' joint motion for an order extending the deadline for Defendants to move to strike allegations in the Second Amended Complaint to June 1, 2021, notwithstanding the earlier filing of Defendants' answers (ECF No. 45);

WHEREAS, Defendants sought Plaintiff's agreement that the Court's April 19 Order dismissed certain allegations in the Second Amended Complaint, and should be removed from the Second Amended Complaint, either via amendment or motion to strike;

WHEREAS, Plaintiff thereafter agreed that the following paragraphs of the Second Amended Complaint have been dismissed in their entirety and are no longer operative:  ¶¶ 11, 13, 14, 15, 57, 68, 72, 79, 82, 84, 90, 91, 92;

WHEREAS, on May 26, 2021, the Parties met and conferred regarding whether additional portions of the Second Amended Complaint should be stricken

LATHAM&WATKINSLLP US-DOCS\124231547
ATTORNEYS AT LAW
SAN DIEGO

1   CASE NO. 3:20-CV-00649-DMS-DEB
JOINT MOTION FOR ORDER TO STRIKE CERTAIN
ALLEGATIONS IN THE SECOND AM. COMPL.

or deemed inoperative and agreed that motion practice regarding whether other portions of the Complaint should be stricken would not promote efficiency, and would not conserve judicial resources;

WHEREAS, the Parties further agreed that Defendants are not waiving, and are expressly preserving, their right to assert that other allegations or paragraphs of the Second Amended Complaint have been rendered inoperative as a result of this Court's April 19 Order, and Plaintiff will not cite Defendants' failure to move to strike any remaining allegations as a concession, recognition, or admission by Defendants that those allegations are relevant to Plaintiff's remaining claim;

WHEREAS, the Parties further agreed that Defendants reserve their right to contest the relevance of the remaining allegations including in connection with any future discovery requests;

NOW THEREFORE, subject to this Court's approval, the Parties, by and through counsel, hereby agree and jointly move for an order as follows:

1.      The Parties have agreed to strike allegations in the Second Amended Complaint that were dismissed by the Court's April 19 Order, specifically the following paragraphs: 11, 13, 14, 15, 57, 68, 72, 79, 82, 84, 90, 91, 92.

2.      Nothing in this stipulation shall be construed as a waiver of any of Defendants' rights or positions in law or equity, or as a waiver of any defenses that Defendants would otherwise have, including, without limitation, jurisdictional defenses.

3.      The Parties stipulate that Defendants are not waiving, and are expressly preserving, their right to assert that other allegations or paragraphs of the Second Amended Complaint have been rendered inoperative as a result of this Court's April 19 Order, and Plaintiff will not cite Defendants' failure to move to strike remaining allegations as a concession, recognition, or admission by Defendants that those allegations are relevant to Plaintiff's remaining claim.

LATHAM&WATKINS<sup>LLP</sup> US-DOCS\124231547
ATTORNEYS AT LAW
SAN DIEGO

2    CASE NO. 3:20-CV-00649-DMS-DEB
JOINT MOTION FOR ORDER TO STRIKE CERTAIN
ALLEGATIONS IN THE SECOND AM. COMPL.

Dated:  June 1, 2021                    LATHAM & WATKINS LLP

By:    /s/Colleen C. Smith
LATHAM & WATKINS LLP
Colleen C. Smith (SBN 231216)
 *colleen.smith@lw.com*
Melanie J. Grindle (SBN 311047)
 *melanie.grindle@lw.com*
12670 High Bluff Drive
San Diego, CA 92130
858.523.5400 / 858.523.5450 (fax)

Michele D. Johnson (SBN 198298)
 *michele.johnson@lw.com*
650 Town Center Drive, 20th Floor
Costa Mesa, CA  92626
714.540.1235 / 714.755.8290 (fax)

Susan E. Engel (*pro hac vice*)
 *susan.engel@lw.com*
555 Eleventh Street NW, Suite 1000
Washington, DC 20004
202.637.2200 / 202.637.2201 (fax)

*Attorneys for Gossamer Bio, Inc., Sheila Gujrathi, M.D., Bryan Giraudo, Faheem Hasnain, Joshua H. Bilenker, M.D., Kristina Burow, Russell Cox, Thomas Daniel, M.D., Renee Gala, and Otello Stampacchia, Ph.D*

LATHAM&WATKINS LLP
ATTORNEYS AT LAW
SAN DIEGO

US-DOCS\124231547

CASE NO. 3:20-CV-00649-DMS-DEB
3   JOINT MOTION FOR ORDER TO STRIKE CERTAIN
ALLEGATIONS IN THE SECOND AM. COMPL.

Dated:  June 1, 2021

O'MELVENY & MYERS LLP

By:    /s/Leah Godesky
Leah Godesky (SBN 336854)
  lgodesky@omm.com
1999 Avenue of the Stars
Los Angeles, CA  90067
Tel.:  310.246.8501

Matthew W. Close (SBN 188570)
  mclose@omm.com
Brittany Rogers (SBN 274432)
  brogers@omm.com
400 S. Hope St., 18th Floor
Los Angeles, CA 90071
Tel.:  213.430.6000

*Attorneys for Merrill Lynch, Pierce, Fenner & Smith Incorporated, SVB Leerink LLC, Barclays Capital Inc., and Evercore Group L.L.C.*

LATHAM&WATKINSLLP US-DOCS\124231547
ATTORNEYS AT LAW
SAN DIEGO

4    CASE NO. 3:20-CV-00649-DMS-DEB
JOINT MOTION FOR ORDER TO STRIKE CERTAIN
ALLEGATIONS IN THE SECOND AM. COMPL.

Dated:  June 1, 2021                    BLOCK & LEVITON LLP

                                        By:    /s/Jacob A. Walker
                                        Jacob A. Walker (SBN 271217)
                                         *jake@blockleviton.com*
                                        Jeffrey C. Block (*pro hac vice*)
                                         *jeff@blockleviton.com*
                                        Stephen J. Teti (*pro hac vice*)
                                         *steti@blockleviton.com*
                                        260 Franklin Street, Suite 1860
                                        Boston, MA 02110
                                        Tel:  617.398.5600
                                        Fax:  617.507.6020

                                        Whitney E. Street (SBN 223870)
                                         *whitney@blockleviton.com*
                                        100 Pine St., Suite 1250
                                        San Francisco, CA 94111
                                        Tel:  415.968.1852
                                        Fax:  617.507.6020

                                        *Attorneys for Plaintiff Scott Kuhne*


## SIGNATURE ATTESTATION

All signatories listed, and on whose behalf the filing is submitted, concur in the filing's content and have authorized the filing.

Dated:  June 1, 2021                    LATHAM & WATKINS LLP


                                        /s/Colleen C. Smith
                                        Colleen C. Smith

LATHAM & WATKINS LLP
ATTORNEYS AT LAW
SAN DIEGO
US-DOCS\124231547

5    CASE NO. 3:20-CV-00649-DMS-DEB
JOINT MOTION FOR ORDER TO STRIKE CERTAIN
ALLEGATIONS IN THE SECOND AM. COMPL.