1
2
3
4
5
6
7

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SCOTT KUHNE, Individually and on Behalf of All Others Similarly Situated,<br><br>Plaintiff,<br><br>v.<br><br>GOSSAMER BIO, INC.; SHEILA GUJRATHI, M.D.; BRYAN GIRAUDO; FEHEEM HASNAIN; JOSHUA H. BILENKER, M.D.; KRISTINA BUROW; RUSSELL COX; THOMAS DANIEL, M.D.; RENEE GALA; OTELLO STAMPACCHIA, Ph.D.; MERRILL LYNCH, PIERCE, FENNER & SMITH INCORPORATED; SVB LEERINK LLC; BARCLAYS CAPITAL INC.; AND EVERCORE GROUP L.L.C.,<br><br>Defendants. | CASE NO. 3:20-cv-00649-DMS-DEB<br><br>**ORDER GRANTING JOINT MOTION FOR ORDER TO STRIKE CERTAIN ALLEGATIONS IN THE SECOND AMENDED COMPLAINT** |

The Court, having reviewed the Joint Motion for Order to Strike Certain Allegations in the Second Amended Complaint, and finding good cause to do so, hereby **ORDERS** as follows:

The Court hereby strikes allegations in the Second Amended Complaint that are no longer operative, specifically the following paragraphs: 11, 13, 14, 15, 57, 68, 72, 79, 82, 84, 90, 91, 92.

**IT IS SO ORDERED.**

Dated: June 3, 2021

Hon. Dana M. Sabraw, Chief Judge
United States District Court