LATHAM & WATKINS LLP
Colleen C. Smith (SBN 231216)
 *colleen.smith@lw.com*
12670 High Bluff Drive
San Diego, CA 92130
858.523.5400 / 858.523.5450 (fax)

Michele D. Johnson (SBN 198298)
 *michele.johnson@lw.com*
650 Town Center Drive, 20th Floor
Costa Mesa, CA  92626
714.540.1235 / 714.755.8290 (fax)

Meryn C. N. Grant (SBN 291315)
 *meryn.grant@lw.com*
355 South Grand Avenue, Suite 100
Los Angeles, CA 90071-1560
213.485.1234 / 213.891.8763 (fax)

*Attorneys for Gossamer Bio, Inc., Sheila Gujrathi, M.D.,
Bryan Giraudo, Faheem Hasnain, Joshua H. Bilenker,
M.D., Kristina Burow, Russell Cox, Thomas Daniel,
M.D., Renee Gala, and Otello Stampacchia, Ph.D.*

# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SCOTT KUHNE, Individually and on Behalf of All Others Similarly Situated,<br><br>Plaintiff,<br><br>v.<br><br>GOSSAMER BIO, INC., SHEILA GUJRATHI, M.D., BRYAN GIRAUDO, FEHEEM HASNAIN, JOSHUA H. BILENKER, M.D., KRISTINA BUROW, RUSSELL COX, THOMAS DANIEL, M.D., RENEE GALA, OTELLO STAMPACCHIA, Ph.D., MERRILL LYNCH, PIERCE, FENNER & SMITH INCORPORATED, SVB LEERINK LLC, BARCLAYS CAPITAL INC., AND EVERCORE GROUP L.L.C.,<br><br>Defendants. | CASE NO. 3:20-cv-00649-DMS-DEB<br><br>Assigned to:  Hon. Dana M. Sabraw<br><br>**JOINT NOTICE OF SETTLEMENT AND MOTION TO VACATE DEADLINES**<br><br>Action Filed:  April 3, 2020<br>Trial Date:  N/A |

1    Plaintiff Scott Kuhne ("Plaintiff") and Defendants Gossamer Bio, Inc.,

2  Sheila Gujrathi, Bryan Giraudo, Feheem Hasnain, Joshua Bilenker, Kristin Burow,

3  Russell Cox, Thomas Daniel, Renee Gala, Otello Stampacchia, Merrill, Lynch

4  Pierce, Fenner & Smith Inc.; SVB Leerink LLC, Barclays Capital Inc. and

5  Evercore Group LLC (collectively referred to as the "Parties") hereby jointly

6  notify the Court that the Parties have reached a settlement in principle that would

7  resolve this action. The Parties anticipate that they will finalize a settlement

8  agreement and file appropriate paperwork for the settlement and proposed

9  dismissal of Plaintiff's claims within forty-five (45) days.

10    In light of the foregoing, the Parties respectfully and jointly request that the

11  Court vacate all pending dates and deadlines (including the deadline for responding

12  to Plaintiff's Motion for Class Certification), so the parties can finalize the long-

13  form settlement agreement and file appropriate paperwork with the Court.

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

Dated:  October 29, 2021                LATHAM & WATKINS LLP

By:   */s/ Colleen C. Smith*
LATHAM & WATKINS LLP
Colleen C. Smith (SBN 231216)
 colleen.smith@lw.com
Melanie J. Grindle (SBN 311047)
 melanie.grindle@lw.com
12670 High Bluff Drive
San Diego, CA 92130
858.523.5400 / 858.523.5450 (fax)

Michele D. Johnson (SBN 198298)
 michele.johnson@lw.com
650 Town Center Drive, 20th Floor
Costa Mesa, CA  92626
714.540.1235 / 714.755.8290 (fax)

Meryn C. N. Grant (SBN 291315)
meryn.grant@lw.com
355 South Grand Avenue, Suite 100
Los Angeles, CA 90071-1560
213.485.1234 / 213.891.8763 (fax)

Susan E. Engel (*pro hac vice*)
 susan.engel@lw.com
555 Eleventh Street NW, Suite 1000
Washington, DC 20004
202.637.2200 / 202.637.2201 (fax)

*Attorneys for Gossamer Bio, Inc., Sheila Gujrathi, M.D., Bryan Giraudo, Faheem Hasnain, Joshua H. Bilenker, M.D., Kristina Burow, Russell Cox, Thomas Daniel, M.D., Renee Gala, and Otello Stampacchia, Ph.D.*

Dated:  October 29, 2021

O'MELVENY & MYERS LLP

By:   */s/ Leah Godesky*
Leah Godesky (SBN 336854)
 *lgodesky@omm.com*
1999 Avenue of the Stars
Los Angeles, CA  90067
Tel.:  310.246.8501

Matthew W. Close (SBN 188570)
 *mclose@omm.com*
Brittany Rogers (SBN 274432)
 *brogers@omm.com*
400 S. Hope St., 18th Floor
Los Angeles, CA 90071
Tel.:  213.430.6000

*Attorneys for Merrill Lynch, Pierce, Fenner & Smith Incorporated, SVB Leerink LLC, Barclays Capital Inc., and Evercore Group L.L.C.*

## SIGNATURE ATTESTATION

All signatories listed, and on whose behalf the filing is submitted, concur in the filing's content and have authorized the filing.

Dated:  October 29, 2021

LATHAM & WATKINS LLP

*/s/ Colleen C. Smith*
Colleen C. Smith