Jacob A. Walker (SBN 271217)
**BLOCK & LEVITON LLP**
260 Franklin Street, Suite 1860
Boston, MA 02110
(617) 398-5600 phone
jake@blockleviton.com

*Attorneys for Lead Plaintiff
and the Proposed Class*

[*Additional Counsel Listed on Signature Page*]

# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SCOTT KUHNE, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>GOSSAMER BIO, INC., SHEILA GUJRATHI, M.D., BRYAN GIRAUDO, FAHEEM HASNAIN, JOSHUA H. BILENKER, M.D., KRISTINA BUROW, RUSSELL COX, THOMAS DANIEL, M.D., RENEE GALA, OTELLO STAMPACCHIA, Ph.D., MERRILL LYNCH, PIERCE, FENNER & SMITH INCORPORATED, SVB LEERINK LLC, BARCLAYS CAPITAL INC., and EVERCORE GROUP L.L.C.,<br><br>Defendants. | Case No.: 3:20-cv-00649-DMS-DEB<br><br>**LEAD PLAINTIFF'S NOTICE OF MOTION AND MOTION FOR PRELIMINARY APPROVAL OF SETTLEMENT AND AUTHORIZING DISSEMINATION OF NOTICE TO THE CLASS**<br><br>Date:　　　March 4, 2022<br>Time:　　　1:30 pm<br>Judge:　　　Hon. Dana M. Sabraw<br>Dept.:　　　13A |

**TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:**

PLEASE TAKE NOTICE that on March 4, 2022 at 1:30 pm, or the nearest available date on which counsel may be heard, before the Honorable Dana M. Sabraw in Courtroom 13A of the above-referenced Court, located at 333 West Broadway, San Diego, CA 92101, Lead Plaintiff Scott Kuhne will, and hereby does, move for an Order pursuant to Rule 23 of the Federal Rules of Civil Procedure: (i) granting preliminary approval of the proposed class action settlement on the terms set forth in the Stipulation and Agreement of Settlement dated February 1, 2022 ("Stipulation"); (ii) provisionally certifying the Settlement Class for purposes of effectuating the Settlement; (iii) directing that notice of the Settlement be provided to the Settlement Class Members in the form and manner proposed by Lead Plaintiff; (iv) authorizing the retention of Angeion Group as the Claims Administrator; and (v) scheduling a date and time for the Settlement Fairness Hearing to consider final approval of the Settlement and related matters.[1]

This motion is based upon: (i) this Notice of Motion; (ii) the Memorandum of Points and Authorities in support thereof; (iii) the Declaration of Jacob A. Walker; (iv) the Stipulation; (v) the [Proposed] Order Preliminarily Approving Settlement and Authorizing Dissemination of Notice to the Settlement Class; (vi) the pleadings and records on file in this Action; and (vii) other such matters and argument as the Court may consider at the hearing of this motion.

DATED: February 2, 2022            Respectfully submitted,

**BLOCK & LEVITON LLP**

/s/ Jacob A. Walker
Jacob A. Walker (SBN 271217)
Jeffrey C. Block (admitted *pro hac vice*)

---

[1] All capitalized terms that are not otherwise defined herein shall have the meanings set forth in the Stipulation.

260 Franklin Street, Suite 1860
Boston, MA 02110
(617) 398-5600 phone
jake@blockleviton.com
jeff@blockleviton.com

*Attorneys for Lead Plaintiff and the Proposed Class*