Jacob A. Walker (SBN 271217)
**BLOCK & LEVITON LLP**
260 Franklin Street, Suite 1860
Boston, MA 02110
(617) 398-5600 phone
jake@blockleviton.com

*Attorneys for Lead Plaintiff
and the Proposed Class*

[*Additional Counsel Listed on Signature Page*]

# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SCOTT KUHNE, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>GOSSAMER BIO, INC., SHEILA GUJRATHI, M.D., BRYAN GIRAUDO, FAHEEM HASNAIN, JOSHUA H. BILENKER, M.D., KRISTINA BUROW, RUSSELL COX, THOMAS DANIEL, M.D., RENEE GALA, OTELLO STAMPACCHIA, Ph.D., MERRILL LYNCH, PIERCE, FENNER & SMITH INCORPORATED, SVB LEERINK LLC, BARCLAYS CAPITAL INC., and EVERCORE GROUP L.L.C.,<br><br>Defendants. | Case No.: 3:20-cv-00649-DMS-DEB<br><br>**LEAD PLAINTIFF'S NOTICE OF MOTION AND MOTION FOR FINAL APPROVAL OF SETTLEMENT AND PLAN OF ALLOCATION AND CERTIFICATION OF THE CLASS FOR SETTLEMENT PURPOSES ONLY**<br><br>Date:     June 24, 2022<br>Time:    1:30 pm<br>Judge:   Hon. Dana M. Sabraw<br>Dept.:   13A |

**TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:**

PLEASE TAKE NOTICE that on June 24, 2022 at 1:30 pm, or the nearest available date on which counsel may be heard, before the Honorable Dana M. Sabraw in Courtroom 13A of the above-referenced Court, located at 333 West Broadway, San Diego, CA 92101, Lead Plaintiff Scott Kuhne will, and hereby does, move for an Order pursuant to Rule 23 of the Federal Rules of Civil Procedure: (i) granting final approval of the proposed class action settlement on the terms set forth in the Stipulation and Agreement of Settlement dated February 1, 2022 ("Stipulation"); (ii) approving the proposed Plan of Allocation for the net proceeds of the Settlement; and (iii) finally certifying the Class for settlement purposes only.[1]

This motion is based upon: (i) this Notice of Motion; (ii) the Memorandum of Points and Authorities in support thereof; (iii) the Declaration of Jacob A. Walker; (iv) the Stipulation; (v) the pleadings and records on file in this Action; and (vi) other such matters and argument as the Court may consider at the hearing of this motion. This motion is made pursuant to the Court's March 14, 2022 Order Preliminarily Approving Settlement and Authorizing Dissemination of Notice to the Class (the "Preliminary Approval Order"). ECF No. 69.

Lead Counsel is not aware of any opposition to the motion. Pursuant to the Preliminary Approval Order, any objections must be filed by June 3, 2022. Lead Counsel will address objections, if any, in his reply brief to be filed June 17, 2022.

A [Proposed] Judgment Approving Class Action Settlement and [Proposed] Order approving Plan of Allocation will be submitted with Lead Plaintiff's reply submission, after the deadline for Class Members to request exclusion from the Class or object to the Settlement and/or Plan of Allocation has passed.

DATED: May 20, 2022                                         Respectfully submitted,

---

[1] All capitalized terms that are not otherwise defined herein shall have the meanings set forth in the Stipulation. ECF No. 66-2.

**BLOCK & LEVITON LLP**

<u>/s/ Jacob A. Walker</u>
Jacob A. Walker (SBN 271217)
Jeffrey C. Block (admitted *pro hac vice*)
260 Franklin Street, Suite 1860
Boston, MA 02110
(617) 398-5600 phone
jake@blockleviton.com
jeff@blockleviton.com

*Attorneys for Lead Plaintiff and the Proposed Class*