Jacob A. Walker (SBN 271217)
**BLOCK & LEVITON LLP**
260 Franklin Street, Suite 1860
Boston, MA 02110
(617) 398-5600 phone
jake@blockleviton.com

*Attorneys for Lead Plaintiff
and the Proposed Class*

[*Additional Counsel Listed on Signature Page*]

## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SCOTT KUHNE, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>GOSSAMER BIO, INC., SHEILA GUJRATHI, M.D., BRYAN GIRAUDO, FAHEEM HASNAIN, JOSHUA H. BILENKER, M.D., KRISTINA BUROW, RUSSELL COX, THOMAS DANIEL, M.D., RENEE GALA, OTELLO STAMPACCHIA, Ph.D., MERRILL LYNCH, PIERCE, FENNER & SMITH INCORPORATED, SVB LEERINK LLC, BARCLAYS CAPITAL INC., and EVERCORE GROUP L.L.C.,<br><br>Defendants. | Case No.: 3:20-cv-00649-DMS-DEB<br><br>**LEAD COUNSEL'S NOTICE OF MOTION AND MOTION FOR AN AWARD OF ATTORNEYS' FEES AND REIMBURSEMENT OF LITIGATION EXPENSES**<br><br>Date:     June 24, 2022<br>Time:    1:30 pm<br>Judge:   Hon. Dana M. Sabraw<br>Dept.:    13A |

**TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:**

PLEASE TAKE NOTICE that on June 24, 2022 at 1:30 pm, or the nearest available date on which counsel may be heard, before the Honorable Dana M. Sabraw in Courtroom 13A of the above-referenced Court, located at 333 West Broadway, San Diego, CA 92101, Lead Counsel Block & Leviton LLP, counsel for Lead Plaintiff Scott Kuhne and the proposed Class, will, and hereby does move, pursuant to Rule 23(h) of the Federal Rules of Civil Procedure, for an Order granting an award of attorneys' fees in the amount of 25% or ($593,750) of the Settlement Fund and approving reimbursement of Litigation Expenses incurred by Lead Counsel.[1]

This motion is made pursuant to the Court's March 14, 2022 Order Preliminarily Approving Settlement and Authorizing Dissemination of Notice to the Class (the "Preliminary Approval Order"). ECF No. 69. This motion is based upon: (i) this Notice of Motion; (ii) the Memorandum of Points and Authorities in support thereof; (iii) the Declaration of Jacob A. Walker; (iv) the Stipulation; (v) the pleadings and records on file in this Action; and (vi) other such matters and argument as the Court may consider at the hearing of this motion.

Lead Counsel is not aware of any opposition to the motion at this time. Pursuant to the Preliminary Approval Order, any objections must be filed by June 3, 2022. Lead Counsel will address objections, if any, in his reply brief to be filed June 17, 2022. A [Proposed] Order Approving Lead Counsel's Motion for an Award of Attorneys' Fees and Reimbursement of Litigation Expenses will be submitted with Lead Plaintiff's reply papers, after the deadline for Class Members to request exclusion from the Settlement or object to the Settlement and/or Plan of Allocation has passed.

---

[1] All capitalized terms that are not otherwise defined herein shall have the meanings set forth in the Stipulation. ECF No. 66-2.

DATED: May 20, 2022

Respectfully submitted,

**BLOCK & LEVITON LLP**

/s/ Jacob A. Walker
Jacob A. Walker (SBN 271217)
Jeffrey C. Block (admitted *pro hac vice*)
260 Franklin Street, Suite 1860
Boston, MA 02110
(617) 398-5600 phone
jake@blockleviton.com
jeff@blockleviton.com

*Attorneys for Lead Plaintiff and the Proposed Class*