# EXHIBIT 1

# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SCOTT KUHNE, Individually and on Behalf of All Others Similarly Situated,<br><br>Plaintiff,<br><br>v.<br><br>GOSSAMER BIO, INC., SHEILA GUJRATHI, M.D., BRYAN GIRAUDO, FEHEEM HASNAIN, JOSHUA H. BILENKER, M.D., KRISTINA BUROW, RUSSELL COX, THOMAS DANIEL, M.D., RENEE GALA, OTELLO STAMPACCHIA, Ph.D., MERRILL LYNCH, PIERCE, FENNER & SMITH INCORPORATED, SVB LEERINK LLC, BARCLAYS CAPITAL INC., AND EVERCORE GROUP L.L.C.,<br><br>Defendants. | CASE NO. 3:20-cv-00649-DMS-DEB<br><br>Assigned to:  Hon. Dana M. Sabraw<br><br><u>CLASS ACTION</u><br><br>**AMENDMENT TO STIPULATION AND AGREEMENT OF CLASS ACTION SETTLEMENT**<br><br>Action Filed:  April 3, 2020<br>Trial Date:  N/A |

WHEREAS, the initial complaint filed in this Action on April 3, 2020 mistakenly alleged a Class Period[1] ending on December 13, 2020 rather than December 13, 2019, (ECF No. 1, ¶ 1); and

WHEREAS, the Amended Complaint filed on August 31, 2020 corrected this error and alleged a Class Period ending on December 13, 2019 (ECF No. 27, ¶ 1); and

---

[1] All defined terms have the same definition as provided in the Stipulation of Settlement dated February 1, 2022 (ECF No. 66).

WHEREAS, Plaintiff filed a Second Amended Complaint that removed any claims under the Securities Exchange Act of 1934 and thus did not plead a Class Period at all, which was the operative complaint at the time the Stipulation was entered; and

WHEREAS, the Parties, through the Stipulation, intended to release all claims raised throughout the course of the Action; and

WHEREAS, certain parts of the Stipulation also mistakenly refer to the Class Period as ending on December 13, 2020, rather than December 13, 2019; and

WHEREAS, the proposed Plan of Allocation provided to the Class correctly recognizes the December 13, 2019 end of the Class Period;

NOW THEREFORE, pursuant to ¶ 9.10 of the Stipulation, the Parties hereby agree to amend the Stipulation, as follows:

1.      All references to the Class Period ending on "December 13, 2020" in the Stipulation are revised to read "December 13, 2019." Specifically, where "December 13, 2020" appears in the Stipulation at the following locations, it is struck and revised to read "December 13, 2019":

- Page 2, Lines 2-3
- Page 6, ¶ 1.3
- Page 7, ¶ 1.5
- Exhibit A, Page 1, Line 28
- Exhibit A-1, Page 1
- Exhibit A-1, Page 2
- Exhibit A-1, Page 7
- Exhibit A-1, Page 13
- Exhibit A-1, Page 19
- Exhibit A-1, Page 20
- Exhibit A-1, Page 21
- Exhibit A-2, Page 2

- Exhibit A-2, Page 7
- Exhibit A-3, Page 1
- Exhibit B, ¶ 3, Line 19

2.     The Claims Administrator shall make revised versions of the Stipulation (and exhibits) available on the Settlement Website.

3.     The Claims Administrator shall inform any claimants who inquire, or who submit claims related to transactions made between December 14, 2019 and December 13, 2020, of this Amendment.

4.     Counsel for Lead Plaintiff shall, at the sole expense of Lead Plaintiff's Counsel, issue a press release informing the class of this Amendment.

IN WITNESS WHEREOF, the parties hereto have caused this Amendment to the stipulation to be executed, by their duly authorized attorneys, dated May 19, 2022.

Dated:  May 19, 2021

LATHAM & WATKINS LLP

By: _____

LATHAM & WATKINS LLP
Colleen C. Smith (SBN 231216)
 colleen.smith@lw.com
Melanie J. Grindle (SBN 311047)
 melanie.grindle@lw.com
12670 High Bluff Drive
San Diego, CA 92130
858.523.5400 / 858.523.5450 (fax)

Michele D. Johnson (SBN 198298)
 michele.johnson@lw.com
650 Town Center Drive, 20th Floor
Costa Mesa, CA  92626
714.540.1235 / 714.755.8290 (fax)

Meryn C. N. Grant (SBN 291315)
meryn.grant@lw.com
355 South Grand Avenue, Suite 100
Los Angeles, CA 90071-1560
213.485.1234 / 213.891.8763 (fax)

Susan E. Engel (*pro hac vice*)
 susan.engel@lw.com
555 Eleventh Street NW, Suite 1000
Washington, DC 20004
202.637.2200 / 202.637.2201 (fax)

*Attorneys for Gossamer Bio, Inc., Sheila Gujrathi, M.D., Bryan Giraudo, Faheem Hasnain, Joshua H. Bilenker, M.D., Kristina Burow, Russell Cox, Thomas Daniel, M.D., Renee Gala, and Otello Stampacchia, Ph.D.*

Dated:  May 19, 2021

BLOCK & LEVITON LLP

By: _____

Jacob A. Walker (SBN 271217)
 jake@blockleviton.com
260 Franklin Street, Suite 1860
Boston, MA 02110
Tel:  617.398.5600
Fax:  617.507.6020

*Attorneys for Plaintiff Scott Kuhne*

Dated:  May 19 2021

O'MELVENY & MYERS LLP

By: _____

Leah Godesky (SBN 336854)
 lgodesky@omm.com
1999 Avenue of the Stars
Los Angeles, CA 90067
Tel:  310.553.6700
Fax:  310.246.6779

Matthew W. Close (SBN 188570)
 mclose@omm.com
Brittany Rogers (SBN 274432)
 brogers@omm.com
400 South Hope Street, 18th Floor
Los Angeles, CA 90071
Tel:  213.430.6000
Fax:  213.430.6407

*Attorneys for Defendants Merrill Lynch, Pierce, Fenner & Smith Incorporated; SVB Leerink LLC; Barclays Capital Inc.; and Evercore Group L.L.C.*

Dated:  May 19, 2021

BLOCK & LEVITON LLP

By: _____
Jacob A. Walker (SBN 271217)
 jake@blockleviton.com
260 Franklin Street, Suite 1860
Boston, MA 02110
Tel:  617.398.5600
Fax:  617.507.6020

*Attorneys for Plaintiff Scott Kuhne*

Dated:  May 19 2021

O'MELVENY & MYERS LLP

By: _____
Leah Godesky (SBN 336854)
 lgodesky@omm.com
1999 Avenue of the Stars
Los Angeles, CA 90067
Tel:  310.553.6700
Fax:  310.246.6779

Matthew W. Close (SBN 188570)
 mclose@omm.com
Brittany Rogers (SBN 274432)
 brogers@omm.com
400 South Hope Street, 18th Floor
Los Angeles, CA 90071
Tel:  213.430.6000
Fax:  213.430.6407

*Attorneys for Defendants Merrill Lynch,*
*Pierce, Fenner & Smith Incorporated; SVB*
*Leerink LLC; Barclays Capital Inc.; and*
*Evercore Group L.L.C.*