# EXHIBIT 5

# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SCOTT KUHNE, individually and on behalf of all others similarly situated,<br><br>    Plaintiff,<br><br>v.<br><br>GOSSAMER BIO, INC., SHEILA GUJRATHI, M.D., BRYAN GIRAUDO, FAHEEM HASNAIN, JOSHUA H. BILENKER, M.D., KRISTINA BUROW, RUSSELL COX, THOMAS DANIEL, M.D., RENEE GALA, OTELLO STAMPACCHIA, Ph.D., MERRILL LYNCH, PIERCE, FENNER & SMITH INCORPORATED, SVB LEERINK LLC, BARCLAYS CAPITAL INC., and EVERCORE GROUP L.L.C.,<br><br>    Defendants. | Case No.: 3:20-cv-00649-DMS-DEB<br><br>**DECLARATION OF SCOTT KUHNE** |

KUHNE DECLARATION
CASE NO. 3:20-CV-00649-DMS-DEB

I, SCOTT KUHNE, declare as follows:

1.    I am the court-appointed Lead Plaintiff in the above-captioned securities class action (the "Action").[1]

2.    I am aware of and understand the requirements and responsibilities of a representative plaintiff in a securities class action, including those set forth in the Private Securities Litigation Reform Act of 1995 ("PSLRA"), 15 U.S.C. § 77z-1. I have personal knowledge of the matters set forth in this declaration, as I have been directly involved in monitoring and overseeing the prosecution of the Action, as well as the negotiations leading to the Settlement, and I could and would testify competently to these matters.

## I.    LEAD PLAINTIFF'S OVERSIGHT OF THE LITIGATION

3.    The initial complaint in this Action was filed on my behalf on April 3, 2020. ECF No. 1. I was appointed Lead Plaintiff on June 30, 2020. ECF No. 17.

4.    In fulfillment of my responsibilities on behalf of all class members in this Action, I have worked closely with Block & Leviton regarding all aspects of the litigation and resolution of this case.

5.    Throughout the litigation, I received periodic updates from Block & Leviton (most regularly from Jacob A. Walker) on case developments and participated in regular discussions concerning the prosecution of the Action, the strengths and weaknesses and risks to the claims; and potential settlement. In particular, throughout the course of this Action, I: (a) reviewed the relevant documents, including court filings; (b) stayed apprised of the developments in the case and made myself available to Block & Leviton; (c) provided Block & Leviton with information and materials regarding my investments in Gossamer securities and assisted with responding to document requests and interrogatories propounded by Defendants; (d) attended the Early Neutral Evaluation Conference ("ENE"); (e)

---

[1] All capitalized terms that are not otherwise defined herein shall have the meanings set forth in the Stipulation. ECF No. 66-2.

KUHNE DECLARATION
CASE NO. 3:20-CV-00649-DMS-DEB

conferred with Block & Leviton throughout the litigation, including the ENE Conference and settlement negotiations; and (f) evaluated and approved the proposed Settlement.

## II.    APPROVAL OF THE SETTLEMENT

6.    Through my active participation, I was kept informed of the progress of the settlement negotiations in this litigation. In addition to attending the ENE Conference, facilitated by Magistrate Judge Butcher, I conferred with my attorneys regarding the parties' respective positions both before and after the ENE Conference.

7.    Based on my involvement throughout the prosecution and resolution of the claims asserted in the Action and the advice of my counsel, I believe the Settlement provides an excellent recovery for the Class, particularly in light of the risks of continued litigation. Thus, I believe the proposed Settlement is fair, reasonable, and adequate to the Class, and I strongly endorse approval of the Settlement by the Court.

8.    I believe that the request for an award of attorneys' fees in the amount of 25% of the Settlement Fund is fair and reasonable in light of the work performed by counsel on behalf of the Class. I have evaluated this fee request by considering the work performed, the recovery obtained for the Class, and the risks of the Action, and have authorized this fee request for the Court's ultimate determination.

9.    I further believe that the Litigation Expenses being requested for reimbursement to counsel are reasonable, and represent costs and expenses necessary for the prosecution and resolution of the claims in the Action. Based on the foregoing, and consistent with my obligation to the Class to obtain both the best result at the most efficient costs, I fully support the motion for an award of attorneys' fees and reimbursement of Litigation Expenses.

10.    I devoted significant time to the representation of the Class in this Action, which was time that I otherwise would have spent at my job or engaged on

KUHNE DECLARATION
CASE NO. 3:20-CV-00649-DMS-DEB

DocuSign Envelope ID: 59C39EA7-5A06-4D30-AD40-9E5C484DD958

other activities and, thus, represented cost to me. I devoted at least 30 hours in the litigation-related activities described above.

I declare under penalty of perjury of the laws of the United States of America that the foregoing is true and correct.

Executed on _____5/18/2022_____.

DocuSigned by:

*Scott Kuhne*

130800C2C747482...

Scott Kuhne

KUHNE DECLARATION
CASE NO. 3:20-CV-00649-DMS-DEB