UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SCOTT KUHNE, Individually and on Behalf of All Others Similarly Situated,<br><br>Plaintiff,<br><br>v.<br><br>GOSSAMER BIO, INC.; SHEILA GUJRATHI, M.D.; BRYAN GIRAUDO; FEHEEM HASNAIN; JOSHUA H. BILENKER, M.D.; KRISTINA BUROW; RUSSELL COX; THOMAS DANIEL, M.D.; RENEE GALA; OTELLO STAMPACCHIA, Ph.D.; MERRILL LYNCH, PIERCE, FENNER & SMITH INCORPORATED; SVB LEERINK LLC; BARCLAYS CAPITAL INC.; AND EVERCORE GROUP L.L.C.,<br><br>Defendants. | CASE NO. 3:20-cv-00649-DMS-DEB<br><br>**ORDER GRANTING JOINT MOTION TO POSTPONE FINAL SETTLEMENT HEARING** |

1  Pursuant to the Joint Stipulation to Postpone Final Settlement Hearing filed
2  by counsel for Plaintiff Scott Kuhne and counsel for Defendants Gossamer Bio,
3  Inc., Sheila Gujrathi, Bryan Giraudo, Feheem Hasnain, Joshua Bilenker, Kristin
4  Burow, Russell Cox, Thomas Daniel, Renee Gala, Otello Stampacchia, Merrill,
5  Lynch Pierce, Fenner & Smith Inc., SVB Leerink LLC, Barclays Capital Inc. and
6  Evercore Group LLC, and good cause appearing, the Court **ORDERS** as follows:
7  The hearing on Plaintiff's Motion for Final Approval of the Class Action
8  Settlement shall be continued to Friday, September 30, 2022 at 1:30 p.m.
9  **IT IS SO ORDERED.**

Dated: June 16, 2022

Hon. Dana M. Sabraw, Chief Judge
United States District Court