# EXHIBIT 1

# UNITED STATES DISTRICT COURT

# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SCOTT KUHNE, individually and on behalf of all others similarly situated, | Case No.: 3:20-cv-00649-DMS-DEB |
| Plaintiff, | |
| v. | **SUPPLEMENTAL DECLARATION OF BRITTANY M. CUDWORTH OF ANGEION GROUP, REGARDING: (A) MAILING OF NOTICE AND PROOF OF CLAIM; (B) ADMINISRATION OF THE SETTLEMENT; (C) REPORT ON REQUESTS FOR EXCLUSION AND OBJECTIONS RECEIVED: AND (D) REPORT ON CLAIMS RECEIVED** |
| GOSSAMER BIO, INC., SHEILA GUJRATHI, M.D., BRYAN GIRAUDO, FAHEEM HASNAIN, JOSHUA H. BILENKER, M.D., KRISTINA BUROW, RUSSELL COX, THOMAS DANIEL, M.D., RENEE GALA, OTELLO STAMPACCHIA, Ph.D., MERRILL LYNCH, PIERCE, FENNER & SMITH INCORPORATED, SVB LEERINK LLC, BARCLAYS CAPITAL INC., and EVERCORE GROUP L.L.C., | |
| Defendants. | |

SUPPLEMENTAL DECLARATION OF BRITTANY M. CUDWORTH
Case No.: 3:20-cv-00649-DMS-DEB

I, BRITTANY M. CUDWORTH, declare, pursuant to 28 U.S.C. § 1746:

1.    I am a Project Manager at Angeion Group ("Angeion"). Angeion's business address is 1650 Arch Street, Suite 2210, Philadelphia, PA 19103. I submit this declaration as a supplement to Angeion's previously filed declaration, filed with the Court on May 20, 2022 (the "Initial Notice Declaration"). I am over 21 years of age and am not a party to this Action. I have personal knowledge of the facts stated herein.

**NOTICE TO THE CLASS**

2.    As detailed in the Initial Mailing Declaration, Angeion mailed the Notice of Pendency of Class Action and Proposed Settlement; Motion for an Award of Attorneys' Fees and Reimbursement of Litigation Expenses; and Settlement Hearing (the "Notice"), which included the Plan of Allocation, and the Proof of Claim and Release (the "Claim Form"), (collectively the "Notice Packet") to all persons, identified through reasonable effort, who purchased Gossamer Bio common stock between February 8, 2019 and December 13, 2019 inclusive (the "Class Period"), and/or who acquired Gossamer shares pursuant or traceable to Gossamer's Registration Statement and Prospectus in connection with its February 8, 2019 IPO.

3.    Pursuant to the ¶ 7(a) of the Preliminary Approval Order, on April 8, 2022 (the "Notice Date"), Angeion caused 110 Notice Packets (corresponding to the names included on the Transfer Agent List) to be mailed via first-class mail.

4.    As in most cases of this nature, the majority of potential members of the Class are beneficial purchasers whose securities are held in "street name" – *i.e.*, the securities are purchased by brokerage firms, banks, institutions, and other third-party nominees ("Nominees") in the name of the nominee, on behalf of the purchaser. The names and addresses of these beneficial purchasers are known only to the Nominees. Angeion maintains a proprietary database of 2,659 known securities brokers, dealers, banks, and other Nominees to be used for notifying record holders of settlements (the "Broker Database"). On the Notice Date, Angeion

SUPPLEMENTAL DECLARATION OF BRITTANY M. CUDWORTH        -1-
Case No. 3:20-cv-00649-DMS-DEB

caused 2,659 Notice Packets (corresponding to the 2,659 Nominees in the Broker Database) to be mailed via first-class mail.

5.      Since the Notice Date, Angeion has received requests from Nominees to (i) send the Notice Packet to the Nominee for distribution, or (ii) send the Notice Packet directly to the Nominee's customers, whose contact information the Nominee provided to Angeion. Through September 16, 2022, as a result of requests from 13 Nominees, Angeion sent an additional 25,982 Notice Packets, directly or indirectly to potential members of the Class.

6.      As a result of the efforts described in paragraphs 3-5 above, as of September 16, 2022, a total of 28,751 Notice Packets have been disseminated to potential Class Members.

**THE SETTLEMENT WEBSITE**

7.      As referenced in the Initial Notice Declaration, Angeion, in coordination with Lead Counsel, designed, implemented, and currently maintains a website[1] dedicated to the Settlement (the "Settlement Website").  The Settlement Website became operational on or before April 8, 2022 and will be live through the remainder of the settlement administration process.  Among other things, the Settlement Website includes general information regarding the Settlement, lists the objection deadline, as well as the time and date of the Court's Settlement Hearing. The Settlement Website also includes copies of the Notice, Proof of Claim and Release, the Proposed Plan of Allocation, the Stipulation, and the Preliminary Approval Order, as well as frequently asked questions and their answers.  As of September 16, 2022, there have been 1,145 visits to the Settlement Website.

**THE TOLL-FREE TELEPHONE NUMBER AND EMAIL ADDRESS**

8.      As further detailed in the Initial Notice Declaration, Angeion established a toll-free telephone number (1-833-554-0994) with an Interactive Voice

---

[1] www.GossamerSecuritiesLitigation.com

SUPPLEMENTAL DECLARATION OF BRITTANY M. CUDWORTH      -2-
Case No. 3:20-cv-00649-DMS-DEB

Response ("IVR") system. Callers have the ability to listen to important information about the Settlement 24 hours a day, 7 day a week, or to leave a message to request that an Angeion representative contact them. As of September 16, 2022, there were 134 calls to the IVR. The IVR will be maintained throughout the administration of the Settlement. Angeion has promptly responded to each telephone inquiry and will continue to address inquiries from members of the Class.

9.     In addition, Angeion established a dedicated email address for inquiries at info@GossamerSecuritiesLitigation.com. This email address will be maintained throughout the administration of the Settlement. Angeion has promptly responded to each email inquiry and will continue to address inquiries from members of the Class.

## REPORT ON RECEIPT OF REQUESTS FOR EXCLUSION AND OBJECTIONS

10.     Members of the Class were notified that written requests for exclusion from the Settlement Class are to be postmarked no later than June 3, 2022 and be addressed to Gossamer Bio Securities Litigation, ATTN: EXCLUSIONS, P.O. Box 58220, Philadelphia, PA 19103. As of September 16, 2022, Angeion has received One (1) timely submitted exclusion request. A true and correct copy of the request for exclusion is attached hereto as Exhibit A.

11.     Members of the Class were also notified that any objections to the proposed Settlement, Plan of Allocation, or the Lead Counsel's motion for attorneys' fees and reimbursement of litigation expenses must be submitted in writing to the Court and mailed to the Clerk of the Court, Lead Counsel and Defendants' Counsel, such that they are received no later than June 3, 2022. As of September 16, 2022, Angeion has not received any objections.

12.     Angeion will continue to monitor incoming mail for exclusion requests and objections beyond the deadline and will report to Lead Counsel any exclusion requests or objections it receives.

## REPORT ON CLAIMS RECEIVED

13.    Class Members were notified that the deadline to submit their completed Claim Form was July 7, 2022. As of September 16, 2022, Angeion has received 4,331 timely submitted Claim Forms and 50 Claim Forms submitted after the claim filing deadline. Class Members who submitted late but otherwise eligible Claim Forms were informed that their Claim Forms will be processed but acceptance is at the discretion of the Court and Class Counsel. Angeion will continue to accept and process any Claim Forms received unless directed otherwise by the Court or Class Counsel.

I declare under penalty of perjury that the foregoing is true and correct. Executed this 20th day of September 2022 in Sonoma County, California.

Brittany M. Cudworth
Project Manager
ANGEION GROUP

SUPPLEMENTAL DECLARATION OF BRITTANY M. CUDWORTH    -4-
Case No. 3:20-cv-00649-DMS-DEB

# Exhibit A

To:    Gossamer Bio Securities Litigation
       P.O.Box 58220
       Philadelphia, PA 19102

Attn: EXCLUSIONS

Because of short term notates.  I am using this as an example for me to understand why
this apparently inefficiently method  (time frame to understand and make an informed
choice) to my small investment choice.      Am  I correct to question the impact on my
60 shares is even cost effective of my time and paperwork for all concerned?


Individual  owner:
Richard R DePoppe

█████████████

Phone: ██████████

I am requesting exclusion from the Settlement Class in
Kuhne V. Gossamer Bio, Inc. et al.,  Case No. 3:20-cv-00649-DMS-DEB

60 shares @ 11.40  for GOSS  (Gossamer Bio. Inc. Stock)
purchased on 10-12-2020

and I still own such as of this letter Dated May 25, 2022

Sincerely,

Richard R. DePoppe

Richard DePoppe



Attn: EXCLUSIONS



25 MAY 2022 PM 4 L

980

Gossamer Bio Securities Litigation

P.O.Box 58220

Philadelphia, PA 19102