Jacob A. Walker (SBN 271217)
**BLOCK & LEVITON LLP**
260 Franklin Street, Suite 1860
Boston, MA 02110
(617) 398-5600 phone
jake@blockleviton.com

*Counsel for Lead Plaintiff*
*and the Settlement Class*

# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SCOTT KUHNE, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>GOSSAMER BIO, INC., SHEILA GUJRATHI, M.D., BRYAN GIRAUDO, FAHEEM HASNAIN, JOSHUA H. BILENKER, M.D., KRISTINA BUROW, RUSSELL COX, THOMAS DANIEL, M.D., RENEE GALA, OTELLO STAMPACCHIA, Ph.D., MERRILL LYNCH, PIERCE, FENNER & SMITH INCORPORATED, SVB LEERINK LLC, BARCLAYS CAPITAL INC., and EVERCORE GROUP L.L.C.,<br><br>Defendants. | Case No.: 3:20-cv-00649-DMS-DEB<br><br>**DECLARATION OF JACOB A. WALKER IN SUPPORT OF MOTION FOR DISTRIBUTION**<br><br>Date: October 17, 2025<br>Time: 1:30 pm<br>Judge: Hon. Dana M. Sabraw<br>Dept.: 13A |

DECLARATION OF JACOB A. WALKER ISO MOTION FOR DISTRIBUTION
Case No.: 3:20-cv-00649-DMS-DEB

I, Jacob A. Walker, declare as follows:

1.    I am an attorney admitted to practice before this Court. I am a partner of Block & Leviton LLP, counsel for Lead Plaintiff Scott Kuhne ("Lead Plaintiff") and Class Counsel for the Settlement Class in the above-captioned action. I make this declaration in support of Class Counsel's Motion for an Order: (1) Authorizing Final Payment of Settlement Distribution Costs; and (2) Approving Distribution of Class Action Settlement Funds ("Motion"). I have personal knowledge of the matters stated herein and, if called upon, I could and would competently testify thereto.

2.    Attached hereto as Exhibit 1 is the Declaration of Dawn M. Cody of Angeion Group in support of the Motion.

3.    As of August 19, 2025, the Escrow Account described in the Stipulation, *see* ECF No. 66-2, Ex. 1 at ¶1.9, has a balance of $1,842,263.47, having earned $142,594.63 in interest. The following amounts have been paid from the Escrow Account:

   i. Attorneys' fees in the amount of $593,750;

   ii. Litigation expenses in the amount of $27,319.38;

   iii. Notice and administration costs paid to the Claims Administrator in the amount of $35,774.78;

   iv. Lead Plaintiff award of $5,000 Lead Plaintiff Scott Kuhne for his reasonable costs directly related to his representation of the Settlement Class; and

v.  Tax payments totaling $13,487.

I declare under penalty of perjury that the foregoing is true and correct. Executed this 21st day of August, 2025.

_/s/ Jacob A. Walker_

Jacob A Walker